IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
_____Charlottesville_____ DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 26 2023

LAURA A. AUSTIN, CLERK
BY: /s/ KDotn
DEPUTY CLERK

LaQuandra Erica Ross,

Plaintiff(s),

v.

Amanda Conner
Dwayne Jones,

Defendant(s).
(Enter the full name(s) of ALL parties in this lawsuit.
Please attach additional sheets if necessary).

Civil Action No.: 3:23CV00057
(To be assigned by Clerk of District Court)

## COMPLAINT

### PARTIES

1. List all Plaintiffs. State the full name of the Plaintiff, address and telephone number. Do the same for any additional Plaintiffs.

    a. Plaintiff No. 1

        Name: LaQuandra Erica Ross

        Address: 1110 Hartmans Mill rd Charlottesville VA 22902

        Telephone Number: 434-218-8401

    b. Plaintiff No. 2

        Name: _____

        Address: _____

        Telephone Number: _____

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

      Name: Amanda Conner

      Address: 411 E High St, Charlottesville VA 22902

   b. Defendant No. 2

      Name: Dwayne Jones

      Address: 411 E High St, Charlottesville VA 22902

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case. Federal courts also have jurisdiction over cases where the United States is a Defendant.

3. What is the basis for federal court jurisdiction?

☑ Federal Question    ☐ Diversity of Citizenship    ☐ Government Defendant

4. If the basis for jurisdiction is Federal Question, which Federal Constitution, statutory or treaty right is at issue? List all that apply.

   Amendment 4

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff No. 1: LaQuandra. E. Ross          State of Citizenship: Citizen

Plaintiff No. 2: _____              State of Citizenship: _____

Defendant No. 1: Amanda Conner               State of Citizenship: unknown

Defendant No. 2: Dwayne Jones                State of Citizenship: unknown

Attach additional sheets of paper as necessary and label this information as paragraph 5. Check here if additional sheets of paper are attached. ☐

## STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Do not give any legal arguments or cite cases or statutes. Each paragraph must be numbered separately, beginning with number 6. Please write each single set of circumstances in a separately numbered paragraph.

6. On Oct 12 2023 at about 3:45pm or so officer A. Conner came to barracks west apartments for A Disturbance she said As she Question A individual About what possible could have been happening before she came the Individual said she didn't know she was Just getting home. officer A Conner Approached Me Next And I told her kindly I had nothing to say I didn't Call her And she should make Contact with who did or the Address she was Called to. Officer A. Conner Then demanded that I Stand Still After I told her I was Waiting for my ride

which was right there I grabbed A few Bags I had Setting on the ground to load in The Car that pulled officer A. Conner Still telling I Need to Stand Still and Because I wouldn't Stand and talke to her I was then told I was being Detained. I advised officer A. Conner She had no reason to detained me And IF she touched me I would feel threaten And might strike Her She Called for Back up That Showed up And All these officers are rushing toward me And grabbing for me And I Not understanding why when I was trying to leave I was Detained At or round About 4:30pm And Placed In A police officer truck. I Set in the police truck patiently for About 25 min or So And got frustrated As I being held for No against my right to leave So I yelled they didn't Come I started kicking At the window then the Door open I demanded I either be release So I Could leave or Charge me. I was being told to put my feet back in the Car which I refused until I was told why I was being held. One of the officer's then Said obstruction. I Said OR take me to the Jail. So I Could be bonded out I was taken there by Officer Dwayne Jone when we pulled in to the bay area of the Jail

Additional facts

(1)
When he opened the Door And I got out my phone dropped on the phone asking officer Jones to get it he Aggressively pushed me toward the Jail Door And I told him Dont push on me I Set At ACRJ waiting for officer Conner to Come with report Then taken in front of Magistrate for A Bond But frist my charge had to be determined by The magistrate on what I Should be charge with I guess based off her report on Oct 12 2023 which I was charged with obstruction, and A stolen gun charge with out even having found A gun on me or Near me I was Charged with A gun. The magistrate Set Bond At $2500 for each charge I Bond out but wasnt released until 10:30pm that Night. I was ordered to be in Court on 10-16-2023 for Stolen gun Charge And I Showed up 10-16-2023 to Juvenile Court Not understanding why But It was Set to 12-4-2023. On 10-17-2023 At 7pm I received A Call from my residence That CPD Had Been there And Had Warrants for my Arrest I left Work at may 7:30pm was At the magistrate By 8:30pm Where I wanted to be Serve. I was placed under Arrest For being A Convicted felon in possession of A fireArm with in 10yr two assault charges And A Disorderly Conduct 5day later One day After

(2)

Officer Conner Called my girlfriend And finding out I Never had A gun she still decided to go on 10-17-2023 round About 230pm to seek them 4 additional charges knowing I Never possessed A firearm. Nor Did I Assault them And If I did Why wasn't that Stated or one of the first charges why did she wait which Don't know why I Just know I Did not touch Any officer I was The one who excessive force And Being Falsely Arrested, and unlawfully Detained. Now I've lost my Job and with the charges my reputation I presented and Maintained living productive is being hindered By the charges the time I Spent in Jail and the time Away from my love one for No reason

Attach additional sheets of paper as necessary and label them as Additional Facts and continue to number the paragraphs consecutively. Check here if additional sheets of paper are attached. ☑

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

That All Criminal Charges Are Dropped And the officers to be fired Because they repeatedly ignored what was right. And that All officer Are held accountable because anyone of them Could have taken the time that I was being Held in the Car against my will and right to recify the Situation no officer Cared enough to stop And do what was right. AM Asking for the Court to have the officer or the Department Pay me monetary Compensation of 3 million dollars

DEMAND FOR JURY TRIAL:   ☑ YES   ☐ NO

Signed this _26_ day of __Oct__, _23_.

Signature of Plaintiff No. 1 _____

Signature of Plaintiff No. 2 _____

**NOTE:** All Plaintiffs named in the caption of the complaint must date and sign the complaint. Attach additional sheets of paper as necessary.